**No. 68038.**—Judson Sheldon International et al. *v.* United States, protests 61/11023–12203, etc. (Chicago).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of polyurethane foam toecaps similar in all material respects to those the subject of Abstract 66909, the claim of the plaintiffs was sustained.